**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

TAMPA BAY RAYS BASEBALL, LTD.,

    Plaintiff/Counter-Defendant,

v.                                              Case No: 8:17-cv-2948-T-30TGW

VOLUME SERVICES, INC.,

    Defendant/Counter-Plaintiff.

_____/

### TAMPA BAY RAYS BASEBALL, LTD.'S AND VOLUME SERVICES, INC.'S JOINT STIPULATION AND MOTION FOR DISMISSAL

Pursuant to Rule 41, Federal Rules of Civil Procedure, Plaintiff/Counter-Defendant Tampa Bay Rays Baseball, Ltd. and Defendant/Counter-Plaintiff Volume Services, Inc. (collectively, the "Parties") jointly move and stipulate as follows:

    1.    On May 30, 2019, the Parties entered into a Mediated Settlement Agreement.

    2.    Pursuant to the Parties' Mediated Settlement Agreement, the Parties stipulate and jointly request that the Court dismiss this action, including all claims and counterclaims that were or could have been brought, with prejudice and with each party bearing its own attorneys' fees and costs.

### Local Rule 3.01(g) Certification of Good Faith Conference

Pursuant to Local Rule 3.01(g), the Parties have conferred and agree upon the relief sought herein.

WHEREFORE, the Parties respectfully request that the Court enter an Order dismissing this action, including all claims and counterclaims that were or could have been brought, with prejudice and with each party bearing its own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| */s/Anthony J. Palermo* | */s/ Marc S. Silver* |
| Bradford D. Kimbro | Marc S. Silver (pro hac vice) |
| Florida Bar No. 908002 | Christine E. Skoczylas (pro hac vice) |
| brad.kimbro@hklaw.com | BARNES & THORNBURG LLP |
| Joseph H. Varner III | 1 North Wacker Drive, Suite 4400 |
| Florida Bar No. 394904 | Chicago, Illinois 60606 |
| joe.varner@hklaw.com | Telephone: (312) 357-1313 |
| Anthony J. Palermo | Facsimile: (312) 759-5646 |
| Florida Bar No. 098716 | marc.silver@btlaw.com |
| anthony.palermo@hklaw.com | christine.skoczylas@btlaw.com |
| Holland & Knight LLP | -and- |
| 100 North Tampa Street, Suite 4100 | Elaine M. Rice (FBN: 549975) |
| Tampa, FL 33602 | WIAND GUERRA KING P.A. |
| Telephone: 813.227.6660 | 5505 West Gray Street |
| Fax: 813.229.0134 | Tampa, Florida 33609 |
| | Telephone: (813) 347-5100 |
| *Attorneys for Plaintiff/Counter-Defendant* | Facsimile: (813) 347-5199 |
| | erice@wiandlaw.com |
| | |
| | *Attorneys for Defendant/Counter-Plaintiff* |